## STATEMENT OF FACTS

On January 25, 2022, law enforcement conducted a controlled narcotics purchase using two undercover officers ("UCs").  The purchase was arranged with Kenneth Watts DOB: xx/xx/xxxx, PDID #xxxxxx.  The agents were equipped with audio and video recording equipment and were provided with $100 of Metropolitan Police Department prerecorded funds. At approximately 1:40 p.m., UC-1 entered the area of 9th and P Streets, NW, and began to walk towards the parking lot of the Giant grocery store located in the 1400 block of 8th Street, NW (which is in an area where drug transactions frequently occur). UC-1 then walked back to the undercover vehicle to reconfirm with Watts that he was still coming to the area and Watts replied in the affirmative. UC-1 then exited the undercover vehicle and waited for Watts at the intersection of 9th and P Streets, NW. A few moments later, Watts was observed approaching the UCs, and UC1 contact. Both parties engaged in conversation, and Watts held a white rock-like item in his hand. He then exchanged that item with UC-1 for $100 of prerecorded MPD funds. Both parties then separated. The recovered narcotics weighed 0.6 grams with packaging and field-tested positive for the presence of crack cocaine.

Based on the foregoing, your affiant submits that there is probable cause to believe that Kenneth Watts violated 21 U.S.C. § 841(a)(1) and § 841(b)(1)(C), which makes it a crime to distribute a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

OFFICER CORBIN SEWARD
METROPOLITAN POLICE DEPARMENT

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 26th day of May, 2022.*

ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE